# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JUAN MATA, on his own behalf
and as Parent and Next Friend of
J.A.M. and G.M., minors,

        Plaintiff,

vs.        No. CIV 10-0366 JB/LFG

THE CITY OF FARMINGTON,
Farmington Police Department,
a municipality organized under the
laws of the State of New Mexico and
its Police Department;

TYLER RAHN, an Officer of the
Farmington Police Department,
Individually and in his Official Capacity;

ROBERT J. PEREZ, an Officer (Sergeant)
of the Farmington Police Department,
Individually and in his Official Capacity;

JOHN AHLM, an Officer of the
Farmington Police Department,
Individually and in his Official Capacity;

JEFFREY BROWNING, an Officer of the
Farmington Police Department,
Individually and in his Official Capacity;

DANIEL BROZZO, an Officer of the
Farmington Police Department,
Individually and in his Official Capacity;

MIKE BRISENO, a/k/a Mike Briseno,
an Officer of the Farmington Police Department,
Individually and in his Official Capacity,

        Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Plaintiff's Notice of Stipulated Dismissal With Prejudice of Defendant Robert Perez Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed February 9, 2011 (Doc. 42); (ii) the Plaintiff's Notice of Stipulated Dismissal With Prejudice of Any and All [sic] Against Defendants Jeffrey Browning, Daniel Brozzo, and Michael Briseno Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed April 14, 2011 (Doc. 56); (iii) Plaintiff's Notice of Stipulated Dismissal With Prejudice of Any and All Municipal and Supervisory Liability Claims (Counts IV, V, and VI) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed April 14, 2011 (Doc. 57); (iv) the Court's Memorandum Opinion and Order, filed June 13, 2011 (Doc. 91), which found that Defendants Tyler Rahn and John Ahlm were entitled to summary judgment on Plaintiff Juan Mata's claims on G.M.'s behalf; and (v) the Jury Verdict, filed June 30, 2011 (Doc. 124), in favor of Rahn and Ahlm on Mata's claims on his behalf and on J.A.M.'s behalf.  Because Mata's Notices, the Court's Memorandum Opinion and Order, and the Jury Verdict dispose of all parties and claims in this case, the Court finds that entry of final judgment is appropriate.

**IT IS ORDERED** that final judgment is entered in this matter, and that Plaintiff Juan Mata's claims against Defendants the City of Farmington, Tyler Rahn, Robert J. Perez, John Ahlm, Jeffrey Browning, Daniel Brozzo, and Mike Briseno are dismissed with prejudice, this case is dismissed, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Santiago E. Juarez
Albuquerque, New Mexico

 *Attorney for the Plaintiff*

Luis E. Robles
Terri S. Beach
Robles, Rael & Anaya
Albuquerque, New Mexico

 *Attorneys for the Defendants*